**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2013

------------------------------------x

HWB VICTORIA STRATEGIES PORTFOLIO, et al.,

          Plaintiffs,

   - against -

THE REPUBLIC OF ARGENTINA,

          Defendant.

07 CV 10657 (TPG)

------------------------------------x
------------------------------------x

HWB VICTORIA STRATEGIES PORTFOLIO, et al.,

          Plaintiffs,

   - against -

THE REPUBLIC OF ARGENTINA,

          Defendant.

07 CV 11382 (TPG)

------------------------------------x
------------------------------------x

DRAWRAH LIMITED, et al.,

          Plaintiffs,

   - against -

THE REPUBLIC OF ARGENTINA,

          Defendant.

09 CV 8299 (TPG)

------------------------------------x

**[PROPOSED] ORDER**

**WHEREAS**, HWB Quo Vadis is a plaintiff in 07 cv 10657 and received judgment # 09,0212 in that action, filed Feb. 6, 2009, at para. 4; and

**WHEREAS**, HWB Quo Vadis is a plaintiff in 07 Civ. 11382 and received judgment # 09,0213 in that action, filed Feb. 6, 2009, at para. 3; and

**WHEREAS**, HWB Portfolio Extra Plus is a plaintiff in 09 Civ. 8299 and received judgment # 11,0348, filed Feb. 24, 2011, at para. 6; and

**WHEREAS**, HWB Immobilien Plus is a plaintiff in 09 Civ. 8299 and received judgment # 11,0348, filed Feb. 24, 2011, para. 3; and

**WHEREAS**, each of the above-mentioned judgments orders that "plaintiffs must refrain from selling or otherwise transferring their beneficial interests in the bonds involved in this action without advising the court in advance and obtaining the permission of the court;" and

**WHEREAS**, HWB Quo Vadis, HWB Portfolio Extra Plus, and HWB Immobilien Plus (the "Funds") have notified the Court in advance of their proposed merger into HWB Alexandra Strategies Portfolio ("Alexandra"), another plaintiff in each of the three actions; and

**WHEREAS**, the Funds have requested the Court's permission for the proposed transfers of their interests in the subject bonds to Alexandra as part of the proposed merger, in accordance with the judgments; and

**WHEREAS**, the Court concludes the requests are appropriate;

**NOW THEREFORE IT IS HEREBY ORDERED**:

1. The Court grants permission for the proposed transfers from the Funds to Alexandra in connection with the proposed mergers.

2. Following the transfers contemplated herein, Alexandra must refrain from selling or otherwise transferring its interest, or any part thereof, in the bonds involved in these actions, without advising the Court and obtaining permission of the Court.

**SO ORDERED.**

Dated: 12/11, 2013

*Thomas P. Griesa*
Thomas P. Griesa
U.S. District Judge